AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Brown, Paul N | 2. Court or Organization<br><br>Eastern District of Texas | 3. Date of Report<br><br>08/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Federal Building<br>101 E. Pecan Street<br>Sherman, Texas 75090 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 AUG 21 A 10: 59 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Paul N | 08/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

X NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

X NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

X NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Paul N | 08/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Paul N | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS AND BONDS: | | | | | | | | | |
| 2. Com. Stk. Quantro | F | Dividend | | | See VIII | | | | |
| 3. Dreyfuss Strg. Mun B/F | A | Dividend | J | T | | | | | |
| 4. Debt Strategies Fund II | A | Dividend | J | T | | | | | |
| 5. Victoria, TX Water & Sewer | A | Interest | J | T | Sell | 12/05 | J | A | |
| 6. Prudential Financial Corp. | A | Dividend | L | T | | | | | |
| 7. REAL ESTATE | | | | | | | | | |
| 8. 1/3 int. rent prpty No. 1, Sherman, Tx | D | Rent | L | W | | | | | |
| 9. Rent prpty No. 2, Sherman, TX | D | Rent | K | W | | | | | |
| 10. Farm Prpty. No. 1, Grayson Co., Tx.-see VIII | | None | M | W | | | | | |
| 11. 2/3 int., Rent Prpty. #3, Grayson Co., Tx | B | Rent | M | W | | | | | |
| 12. 1/3 int., Grayson Co., Tx--See VIII | | None | L | W | | | | | |
| 13. Blagg Svy., Grayson Co., Tx-Prop. No. 4 | | None | J | W | | | | | |
| 14. Farm Prpty No. 2, Grayson County, Tx-See VIII | | None | M | W | | | | | |
| 15. 1/3 int in Farm Property--Farm Property No. 3 | A | Rent | M | W | | | | | Inherited |
| 16. OTHER PROPERTY | | | | | | | | | |
| 17. 27.5% of 50% int. in vacant lot | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Paul N | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cash-American Bank of Sherman, N.A. | C | Interest | M | T | | | | | |
| 19. Countrywide Bank of Dallas | C | Interest | M | T | | | | | |
| 20. Farm Equipment--See VIII | | None | K | W | | | | | |
| 21. A. G. Edwards | A | Interest | J | T | | | | | |
| 22. Cattle, See VIII | | None | K | W | | | | | |
| 23. Cash value--life insurance | B | Interest | M | T | | | | | |
| 24. PRODUCING OG&M INTERESTS: | | | | | | | | | |
| 25. 3/8 WI, King Svy., Grayson Co., TX (Shankles) | E | W.I. | K | W | | | | | |
| 26. ORI&RI, Hall-Mitchell Wells, McAnair Svy-Grayson Co., T | B | W.I. | J | W | | | | | |
| 27. .01402 RI VanAntwerp-Thompson Svys-Grayson Co., TX-AC Brown | C | Royalty | K | W | | | | | |
| 28. RI & WI, McAnair Svy-Burton Les-Grayson Co.,TX | A | W.I. | J | W | | | | | |
| 29. 2.5% ORI, Calhoun Ls-Grayson Co., TX | A | Royalty | J | W | | | | | |
| 30. 2.08% ORRI, Elliott-Wright Ls-Grayson Co., TX | A | Royalty | J | W | | | | | |
| 31. .00177735 RI Yates-Grayson Co., TX | A | Royalty | J | W | | | | | |
| 32. .000662 RI-Bailey-et al Svys.-Grayson C, TX-Kusch | A | Royalty | J | W | | | | | |
| 33. .0156250 ORI-EN Fain, Grayson Co, TX | A | Royalty | J | W | | | | | |
| 34. .028179 RI, Van Antwerp Svy., Grayson Co., TX (AC Brown) | C | Royalty | J | W | | | | | |

1. Income Gain Codes: A=$1,000 or less, B=$1,001-$2,500, C=$2,501-$5,000, D=$5,001-$15,000, E=$15,001-$50,000
(See Columns B1 and D4) F=$50,001-$100,000, G=$100,001-$1,000,000, H1=$1,000,001-$5,000,000, H2=More than $5,000,000
2. Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000
(See Columns C1 and D3) N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000, P2=$5,000,001-$25,000,000
3. Value Method Codes: P3=$25,000,001-$50,000,000, P4=More than $50,000,000
(See Column C2) Q=Appraisal, R=Cost (Real Estate Only), S=Assessment, T=Cash Market
U=Book Value, V=Other, W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Paul N | 08/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. .008854 RI, Vanderen Svy., Grayson Co.,TX, RO Brown | A | Royalty | J | W | | | | | |
| 36. .0500WI Warner Svy, Grayson Co., Tx. (Willis) | A | W.I. | K | W | | | | | |
| 37. .075000 WI Soule Svy., Grayson Co., TX (Queen B) | A | W.I. | J | W | | | | | |
| 38. .00125 RI Lee-Claybrook- Chiles Sv. Grayson Co, TX (Kusch) | B | Royalty | J | W | | | | | |
| 39. 41.25% of int. (Goble) McAnair S. Grayson Co., TX | A | W.I. | K | W | | | | | |
| 40. NON-PRODUCING OG&M LEASES | | | | | | | | | |
| 41. 1/4 min int, Robardy/Grayson Co, TX | | None | J | W | | | | | |
| 42. 1/8 min int, Dunn Prpty-Grayson Co, TX | | None | J | W | | | | | |
| 43. Min int Harmon/Kepler Svys-Grayson Co, TX | | None | J | W | | | | | |
| 44. Kepler Svys-Grayson Co, TX | | None | J | W | | | | | |

1. Income Gain Codes: A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000     T =Cash Market
   (See Column C2)     Q =Appraisal     V =Other
   U =Book Value     S =Assessment     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Paul N | 08/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts: Lines 10, 12, 14, 20, and 22, cattle, farm equipment and farm property, together produced no gain.

VII. Quantro was dissolved in 2004, but the dividends not disbursed until 2005.

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Paul N | 08/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date __8/14/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544